# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>                    Plaintiff,<br><br>           v.<br><br>ENTERPRISE RENT-A-CAR COMPANY OF SACRAMENTO, LLC,<br><br>                    Defendant. | Case No.  1:14-cv-01059---SAB<br><br>ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN TWENTY ONE DAYS |

On August 15, 2014, Plaintiff filed a notice of settlement of this action.  Due to the notice of settlement,

IT IS HEREBY ORDERED that :

1.     All future dates are vacated; and

2.     The parties shall file dispositive documents on or before September 12, 2014.

IT IS SO ORDERED.

Dated:   **August 18, 2014**

UNITED STATES MAGISTRATE JUDGE

1