# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>       Plaintiff,<br><br>  v.<br><br>ENTERPRISE RENT-A-CAR COMPANY OF SACRAMENTO, LLC,<br><br>       Defendant. | Case No.  1:14-cv-01059-AWI-SAB<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(a)(i)<br><br>(ECF No. 9) |

Plaintiff Ronald Moore filed a notice of voluntary dismissal of this action on August 19, 2014.  Based upon Plaintiff's notice and Rule 41(A)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that this action is dismissed with prejudice.  The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   August 21, 2014

_____

SENIOR  DISTRICT  JUDGE

1